Judge Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.A., a minor, represented by his mother and next friend ANDREA DEAMS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>NINTENDO OF AMERICA, INC.<br><br>Defendant. | Case No. 2:25-mc-00048-TL<br><br>**DECLARATION OF KEVIN M. OSBORNE IN SUPPORT OF REPLY FOR MOTION TO COMPEL DISCOVERY FROM NINTENDO OF AMERICA, INC.**<br><br>NOTE ON MOTION CALENDAR:<br>August 8, 2025 |

DECLARATION OF KEVIN M. OSBORNE IN SUPPORT OF REPLY FOR MOTION TO COMPEL DISCOVERY FROM NINTENDO OF AMERICA
CASE NO. 2:25-mc-00048-TL

Tousley Brain Stephens PLLC
1200 Fifth Ave, Ste 1700
Seattle, WA 98101
Tel.: (206) 682-5600

1. I am an attorney licensed to practice before the Courts of the United States and of this judicial district and am an attorney for Plaintiff J.A., a minor, represented by his mother and next friend Andrea Deams, individually and on behalf of others similarly situated in an action filed in the Northern District of California titled *J.A., a minor, represented by his mother and next friend ANDREA DEAMS v. 2K GAMES, INC., et al*, Case No. 3:23-cv-5961-JD

2. On July 16, 2025, I emailed counsel for Nintendo of America ("Nintendo") offering to limit the scope of Plaintiff's March 2024 and June 2025 subpoenas, defer production of the subject data, and identify the location of compliance. The email further stated that Plaintiff would move to compel production later that week if Nintendo did not agree to these compromises. That email is attached to the Declaration of Julie C. Erickson, filed in Support of Plaintiff's Motion to Compel, as Exhibit 13 (Dkt. No. 1-1 at p. 52). As of 10:50 a.m. on Friday, July 18, 2025, when the Motion to Compel was fully drafted, Nintendo had not responded. I emailed counsel for Nintendo to inquire whether they would accept service of the Motion on Nintendo's behalf. Receiving no response by 1:00 p.m. Pacific Time, our office proceeded with completing the Motion and sending it out for filing. A true and correct copy of my July 18, 2025 email is attached hereto as **Exhibit 16**. Counsel for Nintendo did not include this email with its Opposition to the Motion, despite the fact that it included prior and subsequent emails from the same email thread.

This document was executed in San Mateo, California. I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and based upon my own personal knowledge, and that if called upon to testify, I could verify the accuracy of the same.

Dated this August 8, 2025         */s/ Kevin M. Osborne*
                                  Kevin M. Osborne

DECLARATION OF KEVIN M. OSBORNE IN
SUPPORT OF REPLY FOR MOTION TO COMPEL
DISCOVERY FROM NINTENDO OF AMERICA            1
CASE NO. 2:25-mc-00048-TL

Tousley Brain Stephens PLLC
1200 Fifth Ave, Ste 1700
Seattle, WA 98101
Tel.: (206) 682-5600

# Exhibit 16

**From:** Kevin Osborne kevin@eko.law
**Subject:** Re: J.A. v. 2K Games: subpoena to Nintendo of America
**Date:** July 18, 2025 at 10:50 AM
**To:** Bowen, Tyler R. (Perkins Coie) TBowen@perkinscoie.com
**Cc:** Julie Erickson julie@eko.law, Lutz, Matthew (Perkins Coie) MLutz@perkinscoie.com, Elizabeth Kramer elizabeth@eko.law, Ben Price ben@eko.law, Linda Oxford linda@eko.law

Tyler,

Please let us know if you will accept service by on behalf of NoA for the motion to compel.

Regards,
Kevin

KEVIN M. OSBORNE
**ERICKSON KRAMER OSBORNE**
San Francisco, California
Direct: 415.539.9202
www.eko.law



Do not send privileged information from a device where there is a risk that a third party may gain access. If you are not the intended recipient of this email, please delete it and notify the sender.

> On Jul 16, 2025, at 4:27 PM, Kevin Osborne <kevin@eko.law> wrote:
>
> Tyler,
>
> As a last attempt to reach agreement without motion practice, we are offering to limit the subject of Subpoena 1 to the information requested in Request No. 1 ("Documents sufficient to show all transactions where You sold, issued, or otherwise provided Virtual Currency to Your Customers"). We are further willing to limit this request to California-based customers only. We still request all information requested in Subpoena 2, but are willing to affirm that the "place of compliance" shall be the Nintendo offices in Redmond, Washington, or at a place of Nintendo's choosing within 100 miles of those offices, in response to your objections.
>
> If Nintendo is willing to either produce this limited subset of the requested information or to stipulate to produce this within 30 days of an order granting class certification, we will not file a motion to compel this week. Absent agreement along these lines, we will move before the end of the week.
>
> Regards,
> Kevin
>
> KEVIN M. OSBORNE
> **ERICKSON KRAMER OSBORNE**
> San Francisco, California
> Direct: 415.539.9202
> www.eko.law
>
> <EK+O Sig.png>
>
> Do not send privileged information from a device where there is a risk that a third party may gain access. If you are not the intended recipient of this email, please delete it and notify the sender.
>
>> On Jul 15, 2025, at 3:05 PM, Kevin Osborne <kevin@eko.law> wrote:
>>
>> Tyler
>>
>> One point I should clarify: My email attached 2K's discovery responses to our request for "VC Purchase Records for all USERS" (Response to Request for Production Set Four). I should point out that 2K responded to that request with certain transaction data, including the number of VC units added to gamers' accounts, the amount of VC spent within the game, and the amount of VC earned within in the game, for a small sample of gamers. It did not, however, include any of the data we are requesting from Nintendo—data stating the purchase price for the VC or the identify of the gamers.
>>
>> Regards,
>> Kevin