**From:**
**Sent:** Monday, September 29, 2025 4:45 PM
**To:**
**Subject:** Transferred case has been opened

CASE: 2:25-mc-00048

DETAILS: Case transferred from Washington Western has been opened in California Northern District as case 3:25-mc-80300, filed 09/29/2025.